STATE of Missouri, Respondent,

v.

Kenneth D. WAYNE, Appellant.

No. WD 62171.

Missouri Court of Appeals,
Western District.

April 13, 2004.

Nancy A. McKerrow, Columbia, MO, for Appellant.

Andrea K. Spillars, Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Jefferson City, MO, for Respondent.

Before: LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Kenneth D. Wayne appeals from his conviction for second-degree burglary. For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 30.25(b).